In the Matter of KENNETH COLE PRODUCTIONS, INC., SHAREHOLDER DERIVATIVE LITIGATION.

ERIE COUNTY EMPLOYEES RETIREMENT SYSTEM, Appellant, v MICHAEL J. BLITZER et al., Respondents.

Submitted February 16, 2016; decided February 18, 2016

Motion by Eastern New York Laborers' District Council for leave to file a brief amicus curiae on the appeal herein granted

and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.